O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE RIZZO,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES TILTON, Director, et al.,<br><br>　　　　　　Defendants. | Case No. CV 10-5627-DOC (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Second Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Second Superseding Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated:　　August 23, 2012　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1