JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE RIZZO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES TILTON, Director, et al.,<br><br>　　　　　Defendants. | Case No. CV 10-5627-DOC (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: August 23, 2012

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE